**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
THE SANBORN LIBRARY LLC,

                Plaintiff,

                -against-

ERIS INFORMATION INC., et al.,

                Defendants.

---------------------------------------------------------------x

19-CV-2049 (LAK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The Court held a hearing in this matter on January 28, 2020. Pursuant to the directions given during the hearing, the parties are directed to submit a joint status letter by February 28, 2020.

**SO ORDERED.**

Dated: January 29, 2020
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge