**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THE SANBORN LIBRARY LLC,                    :
                                            :
                Plaintiff,          :        19-CV-2049 (LAK) (OTW)
                                            :
                -against-           :        **ORDER**
                                            :
ERIS INFORMATION, INC., et al.,             :
                                            :
                Defendants.         :
                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The status conference scheduled for September 23, 2020 is hereby adjourned. The Court will hold a rescheduled telephonic conference on **Tuesday, October 20, 2020 at 12:00 p.m.** The dial in information is (866) 390-1828, access code 1582687.

       **SO ORDERED.**

                                                                   *s/ Ona T. Wang*

Dated: September 18, 2020                      **Ona T. Wang**
       New York, New York               United States Magistrate Judge