**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
THE SANBORN LIBRARY LLC, :
:
                      Plaintiff, :        19-cv-2049 (LAK) (OTW)
:
            -against- :        **ORDER**
:
ERIS INFORMATION INC., et al., :
:
                      Defendants. :
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Thursday, January 28, 2021 at 11:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                              *s/ Ona T. Wang*

Dated: December 9, 2020                                      **Ona T. Wang**
      New York, New York                      United States Magistrate Judge