**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
THE SANBORN LIBRARY LLC,

                Plaintiff,                    19-cv-2049 (LAK) (OTW)

      -against-                      **ORDER**

ERIS INFORMATION INC., et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a Status Conference in this matter telephonically on **Tuesday, March 23, 2021 at 11:00 a.m.** The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: January 28, 2021                              **Ona T. Wang**
      New York, New York                  United States Magistrate Judge