```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE SANBORN LIBRARY LLC,                         :
                                                 :
                      Plaintiff,                 :
                                                 :          19-CV-2049 (LAK) (OTW)
                -against-                        :
                                                 :          ORDER
ERIS INFORMATION, INC., et al.,                  :
                                                 :
                      Defendants.                :
                                                 :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the parties' joint status letter dated May 26, 2021 (ECF 114) and the filings related to Plaintiff's/Counterclaim-Defendants' ("EDR's") motion to strike Defendants'/Counterclaim-Plaintiffs' ("ERIS's") disclosure of Scott Davis and preclude his testimony (ECF 115-16, 118, 120-22). The Court rules as follows:

- The deadline for the completion of fact witness depositions is **July 30, 2021**.

- EDR's motion to strike the disclosure of ERIS employee Scott Davis and preclude his testimony (ECF 115) is **DENIED**.

- The parties' motions to seal (ECF 116, 118, and 120) are **GRANTED**. The Clerk of court is directed to **unseal ECF 116** (Main Document). ECF 116-1 through 116-7 and ECF 121 through 121-6 shall be viewable only to the Court and parties.

**SO ORDERED.**

Dated: June 10, 2021  
       New York, New York

                                                    *s/ Ona T. Wang*  
                                                    **Ona T. Wang**  
                                                    United States Magistrate Judge