UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
THE SANBORN LIBRARY LLC,

                       Plaintiff,

         -against-

ERIS INFORMATION INC, et al.,                                   19-cv-2049 (LAK)

                       Defendants.

       - - -

ENVIRONMENTAL DATA RESOURCES, LLC,

                       Additional Defendant on
                       Counterclaims.
------------------------------------------------x

## AMENDED ORDER

LEWIS A. KAPLAN, *District Judge.*

       The motion of plaintiff and the additional defendant on counterclaims to dismiss Counts IV through XII of the counterclaims is granted to the extent that

       1.     Counts IX, XI and XII, and any essential facilities or product bundling claims asserted in Counts IV and V, are dismissed.

       2.     Defendants may move for leave to amend their counterclaims not later than fourteen days after the date of this order.

The motion is denied in all other respects save that Counts VI, VII, VIII and X shall proceed only subject to the limitations set forth in Section III.D of the report and recommendation of Magistrate Judge Ona T Wang (Dkt 132) (the "R&R").

       This ruling is made substantially for the reasons set forth in the R&R to which no timely objections have been filed.

       SO ORDERED.

Dated:      September 15, 2021
Amended:  October 5, 2021

                                                         Lewis A. Kaplan
                                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2021