```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
THE SANBORN LIBRARY LLC,                       :
                                               :
                    Plaintiff,                 :
                                               :      19-CV-2049 (LAK) (OTW)
                                               :
            -against-                          :      ORDER
                                               :
ERIS INFORMATION, INC., et al.,                :
                                               :
                    Defendants.                :
                                               :
                                               :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to rulings made on the record at the June 23, 2022, status conference, the parties are directed to meet and confer regarding filtering and review of selected entries on Plaintiff's privilege log, as identified in ECF 162-1.

The parties are further directed to meet and confer on staging expert discovery, and are directed to submit a joint status letter containing their proposals. The letter may be submitted via ECF on the docket or to my Chambers email address.

The parties are requested to order a copy of the transcript and meet and confer on any necessary redactions.

**SO ORDERED.**

   _s/ Ona T. Wang_
Dated: June 23, 2022                **Ona T. Wang**
   New York, New York               United States Magistrate Judge