UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE SANBORN LIBRARY LLC,

                Plaintiff,                       19-cv-2049 (LAK) (OTW)

      -against-                               **ORDER**

ERIS INFORMATION INC., et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 213, 214, and 215.

Defendants' motion to seal Exhibit A to their October 6, 2022, letter motion is **GRANTED**.

Defendants' motion to submit to the Court their September 16, 2022, letter to Plaintiff is **DENIED without prejudice**. The Court will order further briefing if it deems such briefing to be necessary.

The Clerk of Court is respectfully directed to close ECF Nos. 213 and 214.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: October 12, 2022                              **Ona T. Wang**
       New York, New York                 United States Magistrate Judge