UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

THE SANBORN LIBRARY LLC,

                      Plaintiff,           19-cv-2049 (LAK) (OTW)

        -against-                        **ORDER**

ERIS INFORMATION INC., et al.,

                      Defendants.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on December 7, 2022. For the reasons stated on the record, ERIS's motion to compel production of privileged documents (ECF 160) is **DENIED**.

The parties are directed to meet and confer on briefing dates for ERIS's anticipated partial summary judgment motion, and to propose a joint briefing schedule by **December 21, 2022**. The briefing schedule shall include the parties' proposed page limits.

ECF 185 and 190 are the parties' various consent motions to seal certain communications to the Court. The Court has reviewed those motions and they are **GRANTED**.

ECF 186 and 187, ERIS's request to stay expert discovery pending ERIS's motions for summary judgment, were resolved at the June 23, 2022, status conference and in ECF 197.

The Clerk of Court is respectfully directed to close ECF Nos. 185, 186, 187, and 190.

**SO ORDERED.**

                                                                   _s/ Ona T. Wang_

Dated: December 7, 2022                                    **Ona T. Wang**
      New York, New York                          United States Magistrate Judge