

Justin MacLean
Tel 212.801.3137
Fax 212.309.9537
Justin.MacLean@gtlaw.com

July 6, 2023

**VIA ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 20D
New York, NY 10007

## MEMO ENDORSED.

Re:  *The Sanborn Library LLC et al. v. ERIS Information Inc. et al.,*
     Case No. 19-cv-2049 (JHR) (OTW)  -- Consent Motion to Extend Expert Report and Discovery Schedule

Dear Judge Wang:

Pursuant to Sections I.a. and I.e of Your Honor's Individual Practices, Defendants / Counterclaim-Plaintiffs ERIS Information Inc., Eco Log Environmental Risk Information Services Ltd., and ERIS Information Limited Partnership (collectively "ERIS"), through their undersigned counsel, write to request extensions of the following deadlines. Plaintiff / Counterclaim-Defendants The Sanborn Library LLC and Environmental Data Resources LLC (collectively "EDR") consents to this motion:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Rebuttal Expert Reports on Liability | July 14, 2023 | July 28, 2023 |
| Opening Expert Reports on Damages | August 25, 2023 | September 8, 2023 |
| Rebuttal Expert Reports on Damages | October 6, 2023 | October 20, 2023 |
| Expert Depositions | December 15, 2023 | January 31, 2024 (see below) |

This is the parties' second request for extension of the deadlines for expert reports and expert depositions; the parties' first request was granted (*see* Dkt. 236). This request is made for good cause and not for purposes of delay. The parties are diligently working to prepare their remaining expert reports, but have encountered issues in producing materials relied on by the parties' opening experts on liability. The parties have agreed to a slight extension of the deadlines for serving the remaining expert reports, so that these materials may appropriately be considered in responding to said opening expert reports.

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com

The Honorable Ona T. Wang
July 6, 2023
Page 2

In addition, while the parties anticipate completing most expert depositions by the current December 15, 2023 deadline, due to scheduling conflicts that have arisen with ERIS' antitrust counsel, the parties request leave to take certain antitrust- and damages-related depositions up to and including January 31, 2024, subject to the availability of the relevant witnesses and counsel.

We thank the Court for its consideration and courtesies.

Respectfully submitted,

/s/ *Justin A. MacLean*

cc: Counsel of Record

Application **GRANTED**. The Court adopts the parties' proposed revised deadlines.

**SO ORDERED**.

_____
Ona T. Wang          7/7/23
U.S.M.J.