**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

THE SANBORN LIBRARY LLC,

                Plaintiff,

     -against-

ERIS INFORMATION INC., et al.,

               Defendants.

------------------------------------------------------------x

19-cv-2049 (LAK) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Thursday, September 21, 2023 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Among the issues the parties should be prepared to discuss is consent to my jurisdiction for all purposes.

    **SO ORDERED.**

Dated: August 17, 2023
New York, New York

                      *s/ Ona T. Wang*
                          **Ona T. Wang**
                  United States Magistrate Judge