UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SANBORN LIBRARY LLC,<br><br>               Plaintiff and Counterclaim-Defendant, and<br><br>ENVIRONMENTAL DATA RESOURCES, LLC,<br><br>               Counterclaim-Defendant,<br><br>   v.<br><br>ERIS INFORMATION INC., ERIS INFORMATION LIMITED PARTNERSHIP, and ECO LOG ENVIRONMENTAL RISK INFORMATION SERVICES LTD.,<br><br>               Defendants and Counterclaim Plaintiffs. | No. 1:19-cv-02049-JHR-OTW<br><br>**HIGHLY CONFIDENTIAL- OUTSIDE COUNSEL'S EYES ONLY** |

### REPLY MEMORANDUM OF LAW IN SUPPORT OF ERIS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO THE SANBORN LIBRARY, LLC'S CROSS-MOTION FOR SUMMARY JUDGMENT

# PROVISIONALLY FILED ON FLASH DRIVE AND UNDER SEAL PURSUANT TO ECF NO. 275