UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SANBORN LIBRARY LLC,<br><br>                          Plaintiff,<br><br>         - *against* -<br><br>ERIS INFORMATION INC., ECO LOG ENVIRONMENTAL RISK INFORMATION SERVICES LTD., and ERIS INFORMATION LIMITED PARTNERSHIP,<br><br>                          Defendants.<br><br>ERIS INFORMATION INC., ECO LOG ENVIRONMENTAL RISK INFORMATION SERVICES LTD., and ERIS INFORMATION LIMITED PARTNERSHIP,<br><br>                     Counterclaim-Plaintiffs,<br><br>         - *against* -<br><br>THE SANBORN LIBRARY LLC and ENVIRONMENTAL DATA RESOURCES, LLC,<br><br>                      Counterclaim-Defendants. | No: 1:19-cv-02049-JHR-OTW<br><br>**HIGHLY CONFIDENTIAL-OUTSIDE COUNSEL'S EYES ONLY** |

**DEFENDANTS' OBJECTIONS AND COUNTERSTATEMENT
TO PLAINTIFF'S RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

# PROVISIONALLY FILED ON FLASH DRIVE AND UNDER SEAL PURSUANT TO ECF NO. 275