**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
THE SANBORN LIBRARY LLC,

                    Plaintiff,

          -against-

ERIS INFORMATION INC., et al.,

                  Defendants.
-----------------------------------------------------------x

19-cv-2049 (LAK) (OTW)

**ORDER**

      **ONA T. WANG, United States Magistrate Judge:**

      The Court held a status conference in this matter on Thursday, September 21, 2023. The parties are directed to file a joint status letter providing an update on the ECF filing issues **by Friday, October 6, 2023**.

      **SO ORDERED.**

Dated: September 21, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge