UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SANBORN LIBRARY LLC,<br><br>          Plaintiff and Counterclaim-Defendant, and<br><br>ENVIRONMENTAL DATA RESOURCES, LLC,<br><br>          Counterclaim-Defendant,<br><br>     v.<br><br>ERIS INFORMATION INC., ERIS INFORMATION LIMITED PARTNERSHIP, and ECO LOG ENVIRONMENTAL RISK INFORMATION SERVICES LTD.,<br><br>          Defendants and Counterclaim Plaintiffs. | No. 1:19-cv-02049-JHR-OTW<br><br>**ORDER REGARDING ELECTRONIC FILING OF MATERIALS IN SUPPORT OF THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

**WHEREAS,** the Court previously granted the parties' motions to provisionally file certain materials in support of and in opposition to their cross-motions for summary judgment (collectively, "Summary Judgment Materials") on one or more flash drive(s) or hard drive(s) and under seal, due to the volume and file sizes of the Summary Judgment Materials and the risk of technical and logistical difficulties in electronically filing on ECF in the typical manner and supported by formal motions to seal (ECF Nos. 226, 252); and

**WHEREAS,** the parties thereafter publicly filed certain Summary Judgment Materials on ECF and formal motions to seal the remaining Summary Judgment Materials, which had been provisionally provided to the Court on flash or hard drive(s) pursuant to the above-referenced orders (ECF Nos. 239-250, 262-270); and

1

**WHEREAS**, as discussed at the September 21, 2023 Status Conference, the Court has been unable to access certain Summary Judgment Materials that were not electronically filed via ECF; and

**WHEREAS**, there continue to exist certain technical and logistical difficulties associated with electronically filing those Summary Judgment Materials on ECF in the typical manner, due to their numerosity, file size, and format, and the need for maintaining those Summary Judgment Materials under seal pending resolution of formal motions to seal;

**NOW, THEREFORE,** it is hereby ordered that the parties jointly contact the Clerk's office/ECF Help Desk, in an effort to resolve the aforementioned technical and logistical issues and file or re-file all Summary Judgment Materials on the docket in a manner that will make them electronically accessible to the Court.

**IT IS SO ORDERED**.

_____
**Ona T. Wang**
United States Magistrate Judge

Dated:  New York, New York
           September 27, 2023