UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THE SANBORN LIBRARY LLC,

                Plaintiff,

      -against-

ERIS INFORMATION INC., et al.,

                Defendants.

------------------------------------------------------------x

19-cv-2049 (JHR) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

On March 25, 2024, the Court issued its Report & Recommendation, under provisional seal, visible only to the Court and the parties. (ECF 341). Due to the strong presumption of public access to judicial documents, *see Bernstein v. Bernstein Litowitz Berger & Grossman LLP*, 814 F.3d 132, 141 (2d Cir. 2016), the Report & Recommendation will be unsealed on **April 23, 2024**.

If the parties wish to keep any portion of the Report & Recommendation under seal, they must file a <u>joint</u> motion to seal and proposed redactions, explaining why each redaction is warranted, on or before **April 19, 2024.** The Court will not keep the Report & Recommendation sealed in its entirety.

**SO ORDERED.**

Dated: April 3, 2024
New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                      United States Magistrate Judge