**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

THE SANBORN LIBRARY LLC,

                  Plaintiff,         19-cv-2049 (JHR) (OTW)

      -against-         **ORDER**

ERIS INFORMATION INC., et al.,

                  Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On April 3, 2024, I informed the parties that the March 25, 2024 Report & Recommendation (ECF 341) would be unsealed on April 23, 2024; and that if the parties wished to keep any portion of the Report & Recommendation under seal, they must file a joint motion to seal with proposed redactions by April 19, 2024. (ECF 346). The parties have not filed a motion to seal.

Accordingly, the March 25, 2024 Report & Recommendation is **UNSEALED**. The Clerk of Court is respectfully directed to unseal ECF 341.

      **SO ORDERED.**

Dated: April 23, 2024         *s/ Ona T. Wang*
      New York, New York         **Ona T. Wang**
      United States Magistrate Judge