AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 1:19-cv-02049  DATE FILED: 3/6/2019 | U.S. District Court, Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |

| PLAINTIFF | DEFENDANT |
|---|---|
| THE SANBORN LIBRARY LLC | ERIS INFORMATION INC. and ECO LOG ENVIRONMENTAL RISK INFORMATION SERVICES LTD. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Appendix A. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED   Stipulation of voluntary dismissal<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>Tammi M Hellwig | (BY) DEPUTY CLERK<br>/S/ N. Dulal | DATE<br>5/28/2025 |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| Appendix A to AO 121 - Report on the Filing of an Action Regarding a Copyright | | |
|---|---|---|
| Registration/Renewal Number | Full Title | Author |
| TX0001251091 | Sanborn Manhattan land book of the city of New York. | Real Estate Data, Inc. |
| VA0000044903 | Sanborn Manhattan land book of the City of New York. | Sanborn Map Company, Inc. |
| VA0000936693 | Insurance maps of Manhattan : vol. 11. | EDR Sanborn, Inc. |
| VA0000936694 | Insurance maps of Manhattan : vol. 7. | EDR Sanborn, Inc. |
| VA0000936695 | Insurance maps of Manhattan : vol. 7. | EDR Sanborn, Inc. |
| VA0000936696 | Insurance maps of Manhattan : vol. 7. | EDR Sanborn, Inc. |
| VA0000936697 | Insurance maps of Manhattan : vol. 6. | EDR Sanborn, Inc. |
| VA0000936698 | Insurance maps of Manhattan : vol. 1. | EDR Sanborn, Inc. |
| VA0000936701 | Insurance maps of Manhattan : vol. 3. | EDR Sanborn, Inc. |
| VA0000936702 | Insurance maps of Manhattan : vol. 6. | EDR Sanborn, Inc. |
| VA0000936703 | Insurance maps of Manhattan : vol. 6. | EDR Sanborn, Inc. |
| VA0000936705 | Insurance maps of Manhattan : vol. 6. | EDR Sanborn, Inc. |
| VA0000936708 | Insurance maps of Manhattan : vol. 11. | EDR Sanborn, Inc. |
| VA0000936711 | Insurance maps of Manhattan : vol. 7. | EDR Sanborn, Inc. |
| VA0000936712 | Insurance maps of Manhattan : vol. 5. | EDR Sanborn, Inc. |
| VA0000936713 | Insurance maps of Manhattan : vol. 7. | EDR Sanborn, Inc. |
| VA0000936714 | Insurance maps of Manhattan : vol. 8. | EDR Sanborn, Inc. |
| VA0000936715 | Insurance maps of Manhattan : vol. 12. | EDR Sanborn, Inc. |
| VA0000936716 | Insurance maps of Manhattan : vol. 11. | EDR Sanborn, Inc. |
| VA0000936717 | Insurance maps of Manhattan : vol. 7. | EDR Sanborn, Inc. |
| VA0000936718 | Insurance maps of Manhattan : vol. 7. | EDR Sanborn, Inc. |
| VA0000936719 | Insurance maps of Manhattan : vol. 8. | EDR Sanborn, Inc. |
| VA0000936720 | Insurance maps of Manhattan : vol. 11. | EDR Sanborn, Inc. |
| VA0000936721 | Insurance maps of Manhattan : vol. 11. | EDR Sanborn, Inc. |
| VA0000936722 | Insurance maps of Manhattan : vol. 8. | EDR Sanborn, Inc. |
| VA0000936723 | Insurance maps of Manhattan : vol. 8. | EDR Sanborn, Inc. |
| VA0000936724 | Insurance maps of Manhattan : vol. 4. | EDR Sanborn, Inc. |
| VA0000936725 | Insurance maps of Manhattan : vol. 4. | EDR Sanborn, Inc. |
| VA0000936728 | Insurance maps of Manhattan : vol. 3. | EDR Sanborn, Inc. |
| VA0000936729 | Insurance maps of Manhattan : vol. 7. | EDR Sanborn, Inc. |

| Registration/<br>Renewal Number | Full Title | Author |
|---|---|---|
| VA0000936730 | Insurance maps of Manhattan : vol. 8. | EDR Sanborn, Inc. |
| VA0000936731 | Insurance maps of Manhattan : vol. 8. | EDR Sanborn, Inc. |
| VA0000936732 | Insurance maps of Manhattan : vol. 4. | EDR Sanborn, Inc. |
| VA0000936733 | Insurance maps of Manhattan : vol. 4. | EDR Sanborn, Inc. |
| VA0000936734 | Insurance maps of Manhattan : vol. 4. | EDR Sanborn, Inc. |
| VA0000936738 | Insurance maps of Manhattan : vol. 6. | EDR Sanborn, Inc. |
| VA0000936784 | Insurance maps of Manhattan, New York : vol. 11. | EDR Sanborn, Inc. |
| VA0000936785 | Insurance maps of Manhattan, New York : vol. 11. | EDR Sanborn, Inc. |
| VA0000936786 | Insurance maps of Manhattan, New York : vol. 11. | EDR Sanborn, Inc. |
| VA0000936787 | Insurance maps of Manhattan, New York : vol. 12. | EDR Sanborn, Inc. |
| VA0000936788 | Insurance maps of Manhattan, New York : vol. 12. | EDR Sanborn, Inc. |
| VA0000936814 | Insurance maps Manhattan, New York : vol. 3. | EDR Sanborn, Inc. |
| VA0000936815 | Insurance maps Manhattan, New York : vol. 3. | EDR Sanborn, Inc. |
| VA0000936816 | Insurance maps of New York, borough of Manhattan, City of NY : vol. 5N. | EDR Sanborn, Inc. |
| VA0000936817 | Insurance maps of New York, borough of Manhattan : vol. 5N. | EDR Sanborn, Inc. |
| VA0000936818 | Insurance maps Manhattan, New York : vol. 1N. | EDR Sanborn, Inc. |
| VA0000936819 | Insurance maps Manhattan, New York : vol. 1N. | EDR Sanborn, Inc. |
| VA0000936820 | Insurance maps of the city of New York, borough of Manhattan : vol. 1 South. | EDR Sanborn, Inc. |
| VA0000936821 | Insurance maps city of New York, borough of Manhattan : vol. 2. | EDR Sanborn, Inc. |
| VA0000936822 | Insurance maps of New York, borough of Manhattan, City of NY : vol. 2. | EDR Sanborn, Inc. |
| VA0000936823 | Insurance maps city of New York, borough of Manhattan, City of NY : vol. 2. | EDR Sanborn, Inc. |
| VA0000936824 | Insurance maps city of New York, borough of Manhattan : vol. 1S. | EDR Sanborn, Inc. |
| VA0000936825 | Insurance maps of the city of New York, borough of Manhattan : vol. 1S. | EDR Sanborn, Inc. |
| VA0000936826 | Insurance maps of the city of New York, borough of Manhattan : vol. 1S. | EDR Sanborn, Inc. |
| VA0000936827 | Insurance maps of city of New York, borough of Manhattan : vol. 1 North. | EDR Sanborn, Inc. |
| VA0000936828 | Insurance maps of the city of New YorK, borough of Manhattan : vol. 1 North. | EDR Sanborn, Inc. |
| VA0000936829 | Insurance maps of New York, borough of Manhattan : vol. 5 North. | EDR Sanborn, Inc. |
| VA0000936836 | Insurance maps Manhattan, New York : vol. 8 North. | EDR Sanborn, Inc. |
| VA0000936837 | Insurance maps New York, borough of Manhattan : vol. 8 North. | EDR Sanborn, Inc. |
| VA0000936844 | Insurance maps of the city of New York, borough of Manhattan : vol. 8 south. | EDR Sanborn, Inc. |
| VA0000936845 | Insurance maps of the city of New York, borough of Manhattan : vol. 8 south. | EDR Sanborn, Inc. |

| Registration/<br>Renewal Number | Full Title | Author |
|---|---|---|
| VA0000936846 | Insurance maps of the city of New York, borough of Manhattan : vol. 8. | EDR Sanborn, Inc. |
| VA0000936878 | Insurance maps of New York, borough of Manhattan, New York : vol. 5 south. | EDR Sanborn, Inc. |
| VA0000936883 | Insurance maps of the city of New York, borough of Manhattan : vol. 11 north. | EDR Sanborn, Inc. |
| VA0000936884 | Insurance maps of the city of New York, borough of Manhattan : vol. 11 north. | EDR Sanborn, Inc. |
| VA0000936885 | Insurance maps of the city of New York, borough of Manhattan : vol. 11. | EDR Sanborn, Inc. |
| VA0000936886 | Insurance maps of New York, borough of Manhattan, New York : vol. 5 south. | EDR Sanborn, Inc. |
| VA0000936887 | Insurance maps of the city of New York, borough of Manhattan, New York : vol. 2. | EDR Sanborn, Inc. |
| VA0000936899 | Manhattan, New York : vol. 6W. | EDR Sanborn, Inc. |
| VA0000936900 | Manhattan, New York : vol. 5N. | EDR Sanborn, Inc. |
| VA0000936901 | Manhattan, New York : vol. 7S. | EDR Sanborn, Inc. |
| VA0000936902 | Manhattan, New York : vol. 7S. | EDR Sanborn, Inc. |
| VA0000936903 | Manhattan, New York : vol. 11N. | EDR Sanborn, Inc. |
| VA0000936904 | Manhattan, New York : vol. 5. | EDR Sanborn, Inc. |
| VA0000936905 | Manhattan, New York : vol. 5S. | EDR Sanborn, Inc. |
| VA0000936906 | Manhattan, New York : vol. 5S. | EDR Sanborn, Inc. |
| VA0000936907 | Manhattan, New York : vol. 5N. | EDR Sanborn, Inc. |
| VA0000936908 | Manhattan, New York : vol. 11N. | EDR Sanborn, Inc. |
| VA0000936909 | Manhattan, New York : vol. 12. | EDR Sanborn, Inc. |
| VA0000936911 | Manhattan, New York : vol. 6E. | EDR Sanborn, Inc. |
| VA0000936912 | Manhattan, New York : vol. 6E. | EDR Sanborn, Inc. |
| VA0000936913 | Manhattan, New York : vol. 6E. | EDR Sanborn, Inc. |
| VA0000936914 | Manhattan, New York : vol. 6. | EDR Sanborn, Inc. |
| VA0000936915 | Manhattan, New York : vol. 11S. | EDR Sanborn, Inc. |
| VA0000936916 | Manhattan, New York : vol. 3. | EDR Sanborn, Inc. |
| VA0000936920 | Manhattan, New York : vol. 1S. | EDR Sanborn, Inc. |
| VA0000936921 | Manhattan, New York : vol. 7S. | EDR Sanborn, Inc. |
| VA0000936922 | Manhattan, New York : vol. 6W. | EDR Sanborn, Inc. |
| VA0000936923 | Manhattan, New York : vol. 6. | EDR Sanborn, Inc. |
| VA0000936924 | Manhattan, New York : vol. 6W. | EDR Sanborn, Inc. |
| VA0000945297 | Manhattan, New York : vol. 8S, 1993. | EDR Sanborn, Inc. |
| VA0000957193 | Sanborn map Manhattan, New York : vol. 2, 1996. | EDR Sanborn, Inc. |

| Registration/<br>Renewal Number | Full Title | Author |
|---|---|---|
| VA0000957194 | Sanborn map Manhattan, New York : vol. 7N, 1996. | EDR Sanborn, Inc. |
| VA0000996839 | Manhattan, New York : vol. 115, 1993. | Sanborn Map Company, Inc. |
| RE0000693813 | Sanborn Map Chicago, IL. Vol. 1, 1966. By Sanborn Map Comapny. | Sanborn Library, LLC (PWH) |
| RE0000758367 | Sanborn Map Chicago, Illinois 1965. Vol. C. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000813396 | Sanborn map, Chicago, Illinois, vol. 1, 1966. By Sanborn Map Company, Inc. | Sanborn Library, LLC (PWH) |
| VA0000836945 | Insurance maps of Chicago, Illinois : vol. 2 south. | Sanborn Map Company |
| VA0000836949 | Insurance maps, Chicago, Illinois : vol. 1. | Sanborn Map Company |
| VA0000836961 | Chicago : vol. 12. | Sanborn Map Company |
| VA0000836967 | Insurance maps of Chicago, Illinois : vol. 2 north. | Sanborn Map Company |
| VA0000836971 | Chicago : vol. 11. | Sanborn Map Company |
| VA0000990063 | Chicago, IL. : vol. 17S. | Sanborn Map Company |
| VA0000990064 | Chicago, IL : vol. 15. | Sanborn Map Company |
| VA0000990065 | Chicago, IL : vol. 16. | Sanborn Map Company |
| VA0000990066 | Chicago, IL : vol. 22. | Sanborn Map Company |
| VA0000990067 | Chicago, IL : vol. 7. | Sanborn Map Company |
| VA0000990068 | Chicago, IL : vol. 10. | Sanborn Map Company |
| VA0000990069 | Chicago, IL : vol. 13. | Sanborn Map Company |
| VA0000990070 | Chicago, IL : vol. 23. | Sanborn Map Company |
| VA0000990071 | Chicago, IL : vol. 18. | Sanborn Map Company |
| VA0000990072 | Chicago, IL : vol. 21. | Sanborn Map Company |
| VA0000990073 | Chicago, IL : vol. 14. | Sanborn Map Company |
| VA0000990074 | Chicago, IL : vol. 15. | Sanborn Map Company |
| VA0000990075 | Chicago, IL : vol. 8. | Sanborn Map Company |
| VA0000990076 | Chicago, IL : vol. 4. | Sanborn Map Company |
| VA0000990077 | Chicago, IL : vol. 3. | Sanborn Map Company |
| VA0000990078 | Chicago, IL : vol. 9. | Sanborn Map Company |
| VA0000992568 | Chicago, Illinois : vol. 4. | Sanborn Map Company, Inc. |
| VA0000992574 | Chicago, Illinois : vol. 8. | Sanborn Map Company, Inc. |
| VA0000992575 | Chicago : vol. 22. | Sanborn Map Company |
| VA0000993285 | Chicago, IL : vol. 40, key map. | Sanborn Library, LLC |
| VA0000993286 | Chicago, IL : vol. 21. | Sanborn Library, LLC |
| VA0000993287 | Chicago, IL : vol. 15. | Sanborn Library, LLC |
| VA0000993288 | Chicago, IL : vol. 15. | Sanborn Library, LLC |
| VA0000993297 | Chicago, IL : vol. 11, key map. | Sanborn Library, LLC |
| VA0000993298 | Chicago, IL : vol. 23, 1992. | Sanborn Library, LLC |
| VA0000993299 | Chicago, IL : vol. 19, 1990. | Sanborn Library, LLC |
| VA0000993300 | Chicago, IL : vol. 18, 1993. | Sanborn Library, LLC |
| VA0000993301 | Chicago, IL : vol. 44, 1993. | Sanborn Library, LLC |
| VA0000993302 | Chicago, IL : vol. 44, key map. | Sanborn Library, LLC |
| VA0000993303 | Chicago, IL : vol. 37, key map. | Sanborn Library, LLC |
| VA0000993306 | Chicago, IL : vol. 29. | Sanborn Library, LLC |
| VA0000993307 | Chicago, IL : vol. 29. | Sanborn Library, LLC |
| VA0000993308 | Chicago, IL : vol. 30. | Sanborn Library, LLC |
| VA0000993310 | Chicago, IL : vol. 9, key map. | Sanborn Library, LLC |
| VA0000993311 | Chicago, IL : vol. 9, key map. | Sanborn Library, LLC |
| VA0000993312 | Chicago, IL : vol. 6, key map. | Sanborn Library, LLC |
| VA0000993313 | Chicago, IL : vol. 10, key map. | Sanborn Library, LLC |
| VA0000993314 | Chicago, IL : vol. 7, key map. | Sanborn Library, LLC |
| VA0000993319 | Chicago, IL : vol. 11, key map. | Sanborn Library, LLC |
| VA0000993320 | Chicago, IL : vol. 12, key map. | Sanborn Library, LLC |
| VA0000993329 | Chicago, Il : vol. 45, 1993. | Sanborn Library, LLC |
| VA0000993331 | Chicago : vol. 12, 1994. | Sanborn Library, LLC |
| VA0000993332 | Chicago : vol. 6, 1991. | Sanborn Library, LLC |
| VA0000993333 | Chicago : vol. 5, 1992. | Sanborn Library, LLC |
| VA0000993334 | Chicago : vol. 5, 1990. | Sanborn Library, LLC |

| Registration/<br>Renewal Number | Full Title | Author |
|---|---|---|
| VA0000993335 | Chicago : vol. E, 1989. | Sanborn Library, LLC |
| VA0000993336 | Chicago, Il : vol. 4, 1991. | Sanborn Library, LLC |
| VA0000993338 | Chicago, Il : vol. 42, 1992. | Sanborn Library, LLC |
| VA0000993339 | Chicago, Il : vol. 26, 1989. | Sanborn Library, LLC |
| VA0000993342 | Chicago, Il : vol. 3, 1992. | Sanborn Library, LLC |
| VA0000993345 | Chicago : vol. 14, 1992. | Sanborn Library, LLC |
| VA0000993346 | Chicago : vol. 14, 1989. | Sanborn Library, LLC |
| VA0000993347 | Chicago : vol. 23, 1989. | Sanborn Library, LLC |
| VA0000993348 | Chicago : vol. 35, 1992. | Sanborn Library, LLC |
| VA0000993349 | Chicago : vol. 35, 1989. | Sanborn Library, LLC |
| VA0000993350 | Chicago : vol. 13, 1991. | Sanborn Library, LLC |
| VA0000993351 | Chicago : vol. 37, 1989. | Sanborn Library, LLC |
| VA0000993352 | Chicago : vol. 28, 1991. | Sanborn Library, LLC |
| VA0000993353 | Chicago : vol. 27, 1992. | Sanborn Library, LLC |
| VA0000993354 | Chicago : vol. 27, 1989. | Sanborn Library, LLC |
| VA0000993355 | Chicago : vol. 25, 1992. | Sanborn Library, LLC |
| VA0000993356 | Chicago : vol. 42, 1989. | Sanborn Library, LLC |
| VA0000993357 | Chicago : vol. 47, 1992. | Sanborn Library, LLC |
| VA0000993359 | Chicago, Il : vol. 3, 1990. | Sanborn Library, LLC |
| VA0000993360 | Chicago, Il : vol. 25, 1990. | Sanborn Library, LLC |
| VA0000993361 | Chicago, Il : vol. 2N, 1994. | Sanborn Library, LLC |
| VA0000993362 | Chicago, Il : vol. 2N, 1990. | Sanborn Library, LLC |
| VA0000993363 | Chicago, Il : vol. 15, 1994. | Sanborn Library, LLC |
| VA0000993364 | Chicago, Il : vol. 20, 1993. | Sanborn Library, LLC |
| VA0000993365 | Chicago, Il : vol. 20, 1991. | Sanborn Library, LLC |
| VA0000993366 | Chicago, Il : vol. 19, 1993. | Sanborn Library, LLC |
| VA0000993369 | Chicago, Il : vol. 22, 1993. | Sanborn Library, LLC |
| VA0000993374 | Chicago, Illinois : vol. 46, 1993. | Sanborn Library, LLC |
| VA0000993375 | Chicago, Ill. : vol. 46A. | Sanborn Library, LLC |
| VA0000993376 | Chicago, Ill. : vol. 47. | Sanborn Library, LLC |
| VA0000993377 | Chicago, Ill. : vol. 49. | Sanborn Library, LLC |
| VA0000993378 | Chicago, Ill. : vol. 49. | Sanborn Library, LLC |
| VA0000993379 | Chicago, Ill. : vol. 48. | Sanborn Library, LLC |
| VA0000993381 | Chicago, Ill. : vol. 45. | Sanborn Library, LLC |
| VA0000993382 | Chicago, Ill. : vol. 1. | Sanborn Library, LLC |
| VA0000993384 | Chicago, Ill. : vol. 17-N. | Sanborn Library, LLC |
| VA0000993386 | Chicago : vol. 28. | Sanborn Library, LLC |
| VA0000993387 | Chicago : vol. 46. | Sanborn Library, LLC |
| VA0000993388 | Chicago, Ill. : vol. 4. | Sanborn Library, LLC |
| VA0000993389 | Chicago, Ill. : vol. 1NW, 1994. | Sanborn Library, LLC |
| VA0000993390 | Chicago, Ill. : vol. 1S, 1990. | Sanborn Library, LLC |
| VA0000993393 | Chicago, Ill. : vol. 1NW, 1990. | Sanborn Library, LLC |
| VA0000993399 | Chicago, Ill. : vol. 17-N. | Sanborn Library, LLC |
| VA0000993400 | Chicago, Ill. : vol. 36. | Sanborn Library, LLC |
| VA0000993401 | Chicago : vol. 25. | Sanborn Library, LLC |
| VA0000993402 | Chicago, Ill. : vol. 41. | Sanborn Library, LLC |
| VA0000993403 | Chicago : vol. 13. | Sanborn Library, LLC |
| VA0000993404 | Chicago, Ills. : vol. 17-S. | Sanborn Library, LLC |
| VA0000993405 | Chicago, Ill. : vol. 48. | Sanborn Library, LLC |
| VA0000993409 | Chicago, Ill. : vol. 41. | Sanborn Library, LLC |
| VA0000993412 | Chicago : vol. 30. | Sanborn Library, LLC |
| VA0000993414 | Chicago : vol. 26. | Sanborn Library, LLC |
| VA0000993415 | Chicago : vol. 24. | Sanborn Library, LLC |
| VA0000993416 | Chicago, Ill. : vol. 42. | Sanborn Library, LLC |
| VA0000993417 | Chicago, Ill. : vol. 36. | Sanborn Library, LLC |
| VA0000993419 | Chicago, Ill. : vol. 7. | Sanborn Library, LLC |
| VA0000993421 | Chicago, Ill. : vol. 8. | Sanborn Library, LLC |

| Registration/<br>Renewal Number | Full Title | Author |
|---|---|---|
| VA0000993422 | Chicago : vol. 18. | Sanborn Library, LLC |
| VA0000993424 | Chicago : vol. 22. | Sanborn Library, LLC |
| VA0001003770 | Insurance maps of Chicago, Illinois : vol. 48. | Sanborn Library, LLC |
| VA0001003773 | Insurance maps of Chicago, Illinois : vol. 47. | Sanborn Library, LLC |
| VA0001003790 | Insurance maps of Chicago, Illinois : vol. 5. | Sanborn Library, LLC |
| VA0001003792 | Insurance maps of Chicago, Illinois : vol. 49. | Sanborn Library, LLC |
| VA0001052182 | Insurance maps of Chicago, Illinois : vol. 48. | Sanborn Map Company, Inc. |
| VA0001060569 | Insurance maps of Chicago, Illinois : vol. 6. | EDR Sanborn, Inc. |
| VA0001063031 | Insurance maps, Chicago, Illinois : vol. 5. | Sanborn Library, LLC |
| VA0001063036 | Insurance maps of Chicago, Illinois : vol. E. | Sanborn Library, LLC |
| VA0001063047 | Insurance maps, Chicago, Illinois : vol. 7. | Sanborn Library, LLC |
| VA0001063052 | Insurance maps, Chicago, Illinois : vol. 8. | Sanborn Library, LLC |
| VA0001063054 | Chicago : vol. 33. | Sanborn Library, LLC |
| VA0001063055 | Insurance maps of Chicago, Illinois : vol. 35. | Sanborn Library, LLC |
| VA0001063056 | Chicago : vol. 25. | Sanborn Library, LLC |
| VA0001063057 | Chicago : vol. 27. | Sanborn Library, LLC |
| VA0001063058 | Chicago : vol. 28. | Sanborn Library, LLC |
| VA0001063059 | Chicago : vol. 29. | Sanborn Library, LLC |
| VA0001063061 | Chicago : vol. 13. | Sanborn Library, LLC |
| VA0001063062 | Insurance maps, Chicago, Illinois : vol. 3. | Sanborn Library, LLC |
| VA0001063065 | Insurance maps of Chicago, Illinois : vol. 46. | Sanborn Library, LLC |
| VA0001063071 | Insurance maps of Chicago, Illinois : vol. 47. | Sanborn Library, LLC |
| VA0001063074 | Insurance maps, Chicago, Illinois : vol. 4. | Sanborn Library, LLC |
| VA0001063075 | Insurance maps, Chicago, Illinois : vol. 36. | Sanborn Library, LLC |
| VA0001063076 | Insurance maps of Chicago, Illinois : vol. 37. | Sanborn Library, LLC |
| VA0001063077 | Chicago : vol. 12. | Sanborn Library, LLC |
| VA0001063078 | Insurance maps of Chicago, Illinois : vol. 42. | Sanborn Library, LLC |
| VA0001063086 | Chicago, Illinois : vol. 14, 1988. | Sanborn Library, LLC |
| VA0001063110 | Chicago, Illinois : vol. 25, 1988. | Sanborn Library, LLC |
| VA0001063113 | Chicago, Illinois : vol. 2N, 1988. | Sanborn Library, LLC |
| VA0001063116 | Chicago, Illinois : vol. 41, 1987. | Sanborn Library, LLC |
| VA0001063117 | Chicago, Illinois : vol. 16, 1988. | Sanborn Library, LLC |
| VA0001063118 | Chicago, Illinois : vol. 44, 1986. | Sanborn Library, LLC |
| VA0001063120 | Chicago, Illinois : vol. 17S, 1988. | Sanborn Library, LLC |
| RE0000793681 | Sanborn map Palm Beach, Florida. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| VA0000992803 | Insurance maps of Palm Beach, Florida. | Sanborn Map Company |
| VA0000855535 | Insurance maps of Palm Beach, Florida. | Sanborn Map Company |
| VA0000992588 | Palm Beach, Florida : vol. 1. | Sanborn Map Company |
| F00000011290 | Insurance Maps "Dallas, Texas Vol. 1" | Sanborn Map Company |
| RE0000754461 | Sanborn Map Dallas, Texas 1965. Vols. 2-5, 5A, 6, 7, 9. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000804205 | Sanborn Map Dallas, Texas. Vol. 3, 1967. By Sanborn Map Company, Inc. | Sanborn Library, LLC (PWH) |
| RE0000804207 | Sanborn Map Dallas, Texas. Vol. 6, 1967. By Sanborn Map Company, Inc. | Sanborn Library, LLC (PWH) |
| RE0000804451 | Sanborn Map Dallas, Texas. Vol. 7, 1967. By Sanborn Map Company, Inc. | Sanborn Library, LLC (PWH) |
| RE0000804834 | Sanborn Map Dallas, Texas. Vol. 9, 1968. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000805741 | Dallas, Texas. Vol. 5, 1969. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000805742 | Dallas, Texas. Vol. 5A, 1969. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000652604 | Sanborn Map Los Angeles, CA 1966. Vol. 41. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000652605 | Sanborn Map Los Angeles, CA 1966. Vol. 42. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000754345 | Sanborn Map Los Angeles, California 1964. Vol. 3. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000790142 | Los Angeles, California. Vol. 32. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790143 | Los Angeles, California. Vol. 12. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790144 | Los Angeles, California. Vol. 23A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790147 | Los Angeles, California. Vol. 19A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790149 | Los Angeles, California. Vol. 1A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790150 | Los Angeles, California. Vol. 3. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |

6

| Registration/<br>Renewal Number | Full Title | Author |
|---|---|---|
| RE0000790151 | Los Angeles, California. Vol. 18. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790153 | Los Angeles, California. Vol. 16. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790154 | Los Angeles, California. Vol. 11. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790160 | Los Angeles, California. Vol. 10A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790161 | Los Angeles, California. Vol. 9A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790162 | Los Angeles, California. Vol. 9A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790163 | Los Angeles, California. Vol. 9A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790166 | Los Angeles, California. Vol. 1. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790167 | Los Angeles, California. Vol. 1. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790168 | Los Angeles, California. Vol. 6. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790169 | Los Angeles, California. Vol. 5A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790170 | Los Angeles, California. Vol. 7. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790171 | Los Angeles, California. Vol. 6. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790172 | Los Angeles, California. Vol. 10. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790173 | Los Angeles, California. Vol. 5. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790175 | Los Angeles, California. Vol. 5A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790184 | Los Angeles, California. Vol. 15. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790185 | Los Angeles, California. Vol. 9. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790186 | Los Angeles, California. Vol. 9. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790187 | Los Angeles, California. Vol. 8. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790188 | Los Angeles, California. Vol. 9. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790189 | Los Angeles, California. Vol. 11. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790190 | Los Angeles, California. Vol. 17. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790191 | Los Angeles, California. Vol. 25. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790192 | Los Angeles, California. Vol. 4. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790193 | Los Angeles, California. Vol. 11. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790194 | Los Angeles, California. Vol. 10A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790195 | Los Angeles, California. Vol. 10A. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790196 | Los Angeles, California. Vol. 15. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790198 | Los Angeles, California. Vol. 20. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790432 | Los Angeles, California. Vol. 38. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790433 | Los Angeles, California. Vol. 34. By Sanborn Map Company, Inc. | EDR Sanborn, Inc. (PWH) |
| RE0000790528 | Los Angeles, California. Vol. 4. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000790529 | Los Angeles, California. Vol. 5. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000790530 | Los Angeles, California. Vol. 6. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000790532 | Los Angeles, California. Vol. 2. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000790533 | Los Angeles, California. Vol. 3. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000790534 | Los Angeles, California. Vol. 41. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000790536 | Los Angeles, California. Vol. 5A. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000790538 | Los Angeles, California. Vol. 42. By Sanborn Map Company. | EDR Sanborn, Inc. (PWH) |
| RE0000813390 | Sanborn map, Los Angeles, CA, vol. 5A, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813391 | Sanborn map, Los Angeles, CA, vol. 2, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813392 | Sanborn map, Los Angeles, CA, vol. 15, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813409 | Sanborn map, Los Angeles, CA, vol. 5, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813824 | Los Angeles, CA. Vol. 10, 1966. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813825 | Los Angeles, CA. Vol. 6, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813826 | Los Angeles, CA. Vol. 9, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813827 | Los Angeles, CA. Vol. 9A, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813828 | Los Angeles, California. Vol. 10, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813829 | Los Angeles, California. Vol. 10A, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000813830 | Los Angeles, California. Vol. 11, 1970. By Sanborn Map Company. | Sanborn Library, LLC (PWH) |
| RE0000819593 | Sanborn Map Los Angeles, CA. Vol. 10, 1966. By Sanborn Map Company, Inc. | Sanborn Library, LLC (PWH) |
| VA0000836941 | Los Angeles, California : vol. 39. | Sanborn Map Company, Inc. |
| VA0000836942 | Insurance maps of Los Angeles, California : vol. 11. | Sanborn Map Company |
| VA0000836943 | Los Angeles, California : vol. 14. | Sanborn Map Company, Inc. |
| VA0000836944 | Insurance maps of Los Angeles, California : vol. 9. | Sanborn Map Company |

| Registration/<br>Renewal Number | Full Title | Author |
|---|---|---|
| VA0000836946 | Los Angeles, California : vol. 40. | Sanborn Map Company, Inc. |
| VA0000836947 | Insurance maps of Los Angeles, California : vol. 5A. | Sanborn Map Company |
| VA0000836948 | Insurance maps of Los Angeles, California : vol. 7. | Sanborn Map Company |
| VA0000836950 | Insurance maps of Los Angeles, California : vol. 10-A. | Sanborn Map Company |
| VA0000836951 | Insurance maps of Los Angeles, California : vol. 8. | Sanborn Map Company |
| VA0000836952 | Los Angeles, California : vol. 13. | Sanborn Map Company, Inc. |
| VA0000836953 | Insurance maps of Los Angeles, California : vol. 1A. | Sanborn Map Company |
| VA0000836955 | Los Angeles, California : vol. 28-29. | Sanborn Map Company, Inc. |
| VA0000836956 | Insurance maps of Los Angeles, California : vol. 9A. | Sanborn Map Company |
| VA0000836960 | Insurance maps of Los Angeles, California : vol. 15. | Sanborn Map Company |
| VA0000836962 | Insurance maps of Los Angeles, California : vol. 6. | Sanborn Map Company |
| VA0000836963 | Insurance maps of Los Angeles, California : vol. 1. | Sanborn Map Company |
| VA0000836964 | Insurance maps of Los Angeles, California : vol. 10. | Sanborn Map Company |
| VA0000836965 | Insurance maps of Los Angeles, California : vol. 4. | Sanborn Map Company |
| VA0000836974 | Insurance maps of Los Angeles, California : vol. 2. | Sanborn Map Company |
| VA0000836976 | Insurance maps of Los Angeles, California : vol. 3. | Sanborn Map Company |
| VA0000836977 | Insurance maps of Los Angeles, California : vol. 5. | Sanborn Map Company |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE SANBORN LIBRARY LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br>    and<br><br>ENVIRONMENTAL DATA RESOURCES, LLC,<br><br>    Counterclaim-Defendant<br>    v.<br><br>ERIS INFORMATION INC., ERIS INFORMATION LIMITED PARTNERSHIP, AND ECO LOG ENVIRONMENTAL RISK INFORMATION SERVICES LTD.,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No. 1:19-cv-02049-JHR-OTW |

## **JOINT STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS**

Plaintiff The Sanborn Library LLC, Counterclaim Defendants The Sanborn Library LLC and Environmental Data Resources, LLC, as well as Defendants and Counterclaim Plaintiffs ERIS Information Inc., ERIS Information Limited Partnership, and Eco Log Environmental Risk Information Services, LTD. (together, the "Parties"), jointly move and stipulate to dismiss all claims and counterclaims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties now stipulate to dismiss all claims and counterclaims with prejudice, with each party to bear their respective costs and attorneys' fees.

Respectfully submitted this 27th day of May, 2025.

**GREENBERG TRAURIG, LLP**

By: _/s/_

Richard D. Harris (*pro hac vice*)
harris@gtlaw.com
Barry R. Horwitz (*pro hac vice*)
Barry.Horwitz@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400

Justin A. MacLean
Justin.MacLean@gtlaw.com
One Vanderbilt Avenue
New York, NY 10017
Tel.: (212) 801-9200

**DLA PIPER LLP**

Gregory J. Casas (*pro hac vice*)
Greg.Casas@us.dlapiper.com
303 Colorado Street, Suite 3000
Austin, TX 78701
Tel.: (512) 457-7290

*Attorneys for Defendants ERIS Information Inc., ERIS Information Limited Partnership and Eco Log Environmental Risk Information Services Ltd.*

**WILLIAMS & CONNOLLY LLP**

By: _/s/_

Amanda M. MacDonald (*pro hac vice*)
C. Bryan Wilson (*pro hac vice*)
David Randall J. Riskin (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
amacdonald@wc.com
cwilson@wc.com
driskin@wc.com

For matters in New York:
650 Fifth Avenue
Suite 1500
New York, New York 10019

**BAKER & McKENZIE LLP**

James S. Blank
Joshua S. Wolkoff
452 Fifth Avenue
New York, New York 10018
Tel: (212) 626-4100
Fax: (212) 310-1600
James.Blank@bakermckenzie.com
Joshua.Wolkoff@bakermckenzie.com

*Attorneys for The Sanborn Library LLC and Environmental Data Resources, LLC*